ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :    UNSEALING ORDER
                                :
          - v. -                :    S1 07 Cr. 846 (NRB)
                                :
MICHAEL LEE,                    :
a/k/a "Michael Li," and         :
BERNARD HUI,                    :
                                :
          Defendants.           :
- - - - - - - - - - - - - - - - x

  WHEREAS, the above-captioned Indictment was returned on September 7, 2007 and, upon application of the Government, ordered to be filed under seal; and

  WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

  IT IS HEREBY ORDERED, that, the Indictment docketed as S1 07 Cr. 846 be unsealed.

Dated: New York, New York
       September 19, 2007

SEP 1 9 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York