MEMO ENDORSED

# KENNETH J. ARONSON
### ATTORNEY AT LAW
270 MADISON AVENUE
13TH FLOOR
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-8920
FAX: (212) 297-0527

October 2, 2007

Via Facsimile 212-805-7927

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

OCT 2 2007

Re: United States v. Michael Lee
Docket No. 07 Cr. 846 (NPB)

Your Honor:

By this letter, Mr. Lee requests permission to travel to Pennsylvania during the Columbus Day weekend of October 6 through October 8, 2007. Specifically, Mr. Lee has been invited to spend the weekend at the home of Mr. Joseph Cham at 20 Crest Mountain Drive, Newfoundland, Pennsylvania 18445 (telephone number 570-815-1976).

I have left a message with Assistant United States Attorney Jonathan B. New requesting that he consent to this travel. Mr. New, who is presently on trial, previously consented to allow Mr. Lee to visit Mr. Cham during the weekend of August 18-19.

Thank you for considering this request.

Respectfully yours,

Kenneth J. Aronson

*[Handwritten endorsement: Application granted. So Ordered. /s/ 10/3/07]*

KJA/kls

cc: Jonathan B. New, Esq.
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Via Facsimile 212-637-0097