# KENNETH J. ARONSON
ATTORNEY AT LAW
270 MADISON AVENUE
13TH FLOOR
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-8920
FAX: (212) 297-0527

January 16, 2008

Via Facsimile 212-805-7927

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

JAN 16 2008

Re: United States v. Michael Lee and Bernard Hui
Docket No. 07 Cr. 846 (NPB)

Your Honor:

I write this letter as counsel to defendant Michael Lee and on behalf of Ephraim Savitt, Esq., the attorney for defendant Bernard Hui. It is requested by the defense that the conference scheduled before this Court on January 17th at 4:00 p.m. be adjourned to Friday, February 15, 2008, at 4:15 p.m. Further, the defendants request that the period of time from January 17th to February 15, 2008, be excluded for speedy trial purposes. Also, A.U.S.A. Jonathan B. New consents to this application.

So Ordered.
Naomi Reice Buchwald
USDJ
1/18/08

Thank you for considering these requests.

Respectfully yours,

Kenneth J. Aronson

KJA/kls

cc: Jonathan B. New, Esq.
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Via Facsimile 212-637-0097

Ephraim Savitt, Esq.
260 Madison Avenue, 22nd Floor
New York, NY 10016
Via Facsimile 212-679-6770

