**KENNETH J. ARONSON**
ATTORNEY AT LAW
270 MADISON AVENUE
13TH FLOOR
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-8920
FAX: (212) 297-0527

January 23, 2008

Via Facsimile 212-805-7927

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

JAN 2 4 2008

Re: United States v. Michael Lee
Docket No. 07 Cr. 846 (NPB)

Your Honor:

By this letter, Mr. Lee requests permission to travel to Pennsylvania from Saturday, January 26 through Sunday, January, 27, 2008. Specifically, Mr. Lee has been invited to spend these days at the home of a close friend, Mr. Joseph Cham, at 20 Crest Mountain Drive, Newfoundland, Pennsylvania 18445 (telephone number 570-815-1976).

Assistant United States Attorney Jonathan B. New has consented to this travel. Previously Mr. Lee was granted permission to visit Mr. Cham during the periods of August 18-19, October 6-8, October 26 -27, 2007, and November 24- December 3, 2007.

Thank you for considering this request.

Respectfully yours,

Kenneth J. Aronson

KJA/kls

cc: Jonathan B. New, Esq.
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    Via Facsimile 212-637-0097