

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2008

**BY FAX**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Michael Lee, et al.</u>
         07 Cr. 846 (NRB)

Dear Judge Buchwald:

    The Government, on consent, respectfully requests that the Court reschedule the next pretrial conference in this matter for March 31, 2008, or at another date and time convenient for the Court, and that the time between today and the next conference be excluded from calculations under the Speedy Trial Act. In the interim, the parties expect to finalize discussions concerning a possible disposition of the case.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

      By: _____
            Jonathan B. New
            Assistant U.S. Attorney
            (212) 637-1049

[Handwritten margin note: The conference is adjourned until March 31, 2008 at 4 p.m. So Ordered. /s/ [signature] 3/20/08]

cc: Kenneth Aronson, Esq.
    Ephraim Savitt, Esq.

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/24/08]