# KENNETH J. ARONSON
### ATTORNEY AT LAW
270 MADISON AVENUE
13TH FLOOR
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-6920
FAX: (212) 297-____

**MEMO ENDORSED**

April 29, 2008

Via Facsimile 212-805-7927

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    United States v. Michael Lee; Docket No. 07 Cr. 846 (NPB)

Your Honor:

    By this letter, Mr. Lee requests permission to travel to Pennsylvania from Saturday, May 3 through Monday, May 5, 2008. Specifically, Mr. Lee has been invited to spend these days at the home of a close friend, Mr. Joseph Cham, at 20 Crest Mountain Drive, Newfoundland, Pennsylvania 18445 (telephone number 570-815-1976).

    Assistant United States Attorney Jonathan B. New has consented to this travel. Previously Mr. Lee was granted permission to visit Mr. Cham during the periods of August 18-19, October 6-8, October 26-27, 2007, November 24- December 3, 2007, and January 26-27, 2008.

    Thank you for considering this request.

Respectfully yours,

Kenneth J. Aronson

KJA/kls
cc:    Jonathan B. New, Esq.
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    Via Facsimile 212-637-0097

    Mr. Edward Santos
    United States Pretrial Services Officer
    Via Facsimile 212-805-4172



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08