

EPHRAIM SAVITT

*Attorney at Law*

TRINITY BUILDING
111 BROADWAY - SUITE 701
NEW YORK, NEW YORK 10006

(212) 679-4470
FAX (212) 679-6770
EPHRAIM@SAVITTESQ.COM

May 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/08

MAY - 6
ED STATES DISTR

BY TELEFAX (212) 805-7927
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Michael Lee and Bernard Hui.
07 CR 846 (HRB)

MEMO ENDORSED

Dear Judge Buchwald,

With the government's consent, by AUSA Jonathan New, we respectfully request a two week adjournment for defendants Michael Lee and Bernard Hui, of the conference scheduled for Wednesday May 7, 2008 to a date and time that are convenient for the Court and counsel. Both defendants agree that the time period from May 7, 2008 to the adjourned date should be excluded for Speedy Trial purposes to allow for plea negotiations and to serve the ends of justice.

I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt
Kenneth Aronson

The conference is adjourned until June 2, 2008 at 4 p.m.
So Ordered.
USDJ
5/7/08

ES:mlo

cc: AUSA Jonathan New
Pretrial Officer Clay Smith
Bernard Hui