# KENNETH J. ARONSON
### ATTORNEY AT LAW
270 MADISON AVENUE  
13TH FLOOR  
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ  
COUNSEL

TELEPHONE: (212) 573-8920  
FAX: (212) 297-0527

**MEMO ENDORSED**

May 21, 2008

<u>Via Facsimile 212-805-7927</u>

Hon. Naomi Reice Buchwald  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007


MAY 21 2008

Re:  United States v. Michael Lee; Docket No. 07 Cr. 846 (NPB)

Your Honor:

By this letter, Mr. Lee, who operates a van service, requests permission to transport a customer between New York City and 662 Charles Street, Perth Amboy, New Jersey, from Thursday, May 22 at about 4:30 p.m. to Friday, May 23 at about 12:30 a.m. While Mr. Lee does not usually perform this service, his company has no available driver to perform this task tomorrow.

While I normally ask Assistant United States Attorney Jonathan B. New to approve this travel, he left a message with my office today that he will be out of the office on May 21.

Thank you for considering this request.

Respectfully yours,

Kenneth J. Aronson  
Attorney for Defendant Michael Lee

*Application granted. So ordered.* 5/21/08

KJA/kls  
cc: Jonathan B. New, Esq.  
    Assistant United States Attorney  
    One St. Andrew's Plaza  
    New York, NY 10007  
    Via Facsimile 212-637-0097

Mr. Edward Santos  
United States Pretrial Services Officer  
Via Facsimile 212-805-4172


USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 5/21/08