**KENNETH J. ARONSON**
ATTORNEY AT LAW
270 MADISON AVENUE
13TH FLOOR
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-8920
FAX: (212) 297-0527

**MEMO ENDORSED**

May 28, 2008

Via Facsimile 212-805-7927

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

MAY 29 2008

Re: United States v. Michael Lee and Bernard Hui
    Docket No. 07 Cr. 846 (NPB)

Your Honor:

    I write this letter as counsel to defendant Michael Lee and on behalf of Ephraim Savitt, Esq., the attorney for defendant Bernard Hui. It is requested by the defense that the conference scheduled before this Court on June 2 at 4:00 p.m. be adjourned to Thursday, July 10, 2008, at 4:00 p.m. Further, the defendants request that the period of time from June 2 to July 10, 2008, be excluded for speedy trial purposes. Also, Assistant United States Attorney Jonathan B. New consents to this application.

    Thank you for considering these requests.

Respectfully yours,

Kenneth J. Aronson

*So ordered.*
*Naomi Reice Buchwald*
*6/2/08*

KJA/kls

cc: Jonathan B. New, Esq.
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    Via Facsimile 212-637-0097

    Ephraim Savitt, Esq.
    260 Madison Avenue, 22nd Floor
    New York, NY 10016
    Via Facsimile 212-679-6770



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08