

# KENNETH J. ARONSON
### ATTORNEY AT LAW
270 MADISON AVENUE
13TH FLOOR
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-8920
FAX: (212) 297-0527

June 9, 2008

Via Facsimile 212-805-7927

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Michael Lee; Docket No. 07 Cr. 846 (NPB)

Your Honor:

By this letter, Mr. Lee requests permission to transport customers in New York State, Connecticut, and New Jersey in connection with the van service which Mr. Lee owns and operates. Assistant United States Attorney Jonathan B. New has consented to this application.

Thank you for considering this request.

Respectfully yours,

Kenneth J. Aronson
Attorney for Defendant Michael Lee

KJA/kls
cc:  Jonathan B. New, Esq.
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, NY 10007
     Via Facsimile 212-637-0097

     Mr. Edward Santos
     United States Pretrial Services Officer
     Via Facsimile 212-805-4172