**MEMO ENDORSED**

# KENNETH J. ARONSON
### ATTORNEY AT LAW
270 MADISON AVENUE
13TH FLOOR
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-8920
FAX: (212) 297-0527

July 2, 2008



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

JUL - 2 2008

UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

Via Facsimile 212-805-7927

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Michael Lee; Docket No. 07 Cr. 846 (NPB)

Your Honor:

By this letter, Mr. Lee requests permission to travel to Pennsylvania from Friday, July 4 through Sunday, July 6, 2008. Specifically, Mr. Lee has been invited to spend these days at the home of a close friend, Mr. Joseph Cham, at 20 Crest Mountain Drive, Newfoundland, Pennsylvania 18445 (telephone number 570-815-1976).

I have been unsuccessful in contacting Assistant United States Attorney Jonathan B. New to consent to this travel. Previously Mr. Lee was granted permission to visit Mr. Cham during the periods of August 18-19, October 6-8, October 26 -27, 2007, November 24- December 3, 2007, January 26-27, 2008, and May 3-5, 2008.

Thank you for considering this request.

*So Ordered.*
*Naomi Reice Buchwald*
*USDJ*
*7/3/08*

Respectfully yours,

Kenneth J. Aronson

KJA/kls
cc:   Jonathan B. New, Esq.
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, NY 10007
      Via Facsimile 212-637-0097

      Mr. Edward Santos
      United States Pretrial Services Officer
      Via Facsimile 212-805-4172