AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

**APPEARANCE**

v.

MICHAEL LEE and BERNARD HUI,

Case Number: 07-CR-00846 (NRB)

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHAEL LEE

I certify that I am admitted to practice in this court.

| 9/2/2008 | *[signature]* |
|---|---|
| Date | Signature |

| ROBERT C. GOTTLIEB | RG1930 |
|---|---|
| Print Name | Bar Number |

| 111 BROADWAY, SUITE 701 | |
|---|---|
| Address | |

| NEW YORK | NY | 10006 |
|---|---|---|
| City | State | Zip Code |

| (212) 566-7766 | (212) 374-1506 |
|---|---|
| Phone Number | Fax Number |